**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal No.  12-MJ-00127-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. AARON DUTCHIE,**

**Defendant.**

---

### MINUTE ORDER
---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

      John Baxter informed the Court that he would be unavailable to take the above-referenced matter, therefore:

      **IT IS HEREBY ORDERED** that Ingrid Ault be appointed from the CJA Panel to represent the Defendant, and;

      **IT IS FURTHER ORDERED** at the request of Ms. Ault that the hearings scheduled in this matter for May 24, 2012 at 3:00 p.m. be moved to 2:30 p.m.

**DATED:   May 23, 2012.**

                                **BY THE COURT:**

                                **s/David L. West**
                                **United States Magistrate Judge**